IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:17MC17 |
| ) | |
| JOSEPH GRAVES, JR. ) | |

## ORDER

In the above styled action, Joseph Graves, Jr. is under indictment in Laredo, Texas. A bond in the amount of $500.00 was posted in Savannah, Georgia by Jasmine Graves. Because the case originated in the Southern District of Texas, (5:17cr540-05), it is therefore ORDERED that the Clerk of Court transfer the $500.00 bond plus all accrued interest to:

> Clerk, U. S. District Court
> Southern District of Texas
> 1300 Victoria Street, 1st Floor
> Laredo, TX 78040

So Ordered this 21st day of July, 2017.

United States Magistrate Judge
Southern District of Georgia